ALFRED PEABODY, Appellant, *v.* HENRY KAUFMAN, as President of District Lodge No. 15, International Association of Machinists, an Unincorporated Association, Respondent.

Argued November 21, 1946; decided January 9, 1947.

*I. Maurice Wormser* and *David I. Ashe* for appellant.
*Abraham Fishbein* and *Jerome Y. Sturm* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.